UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 3:16 PO 319 |
| Plaintiff, | : | **MICHAEL J. NEWMAN**<br>**United States Magistrate Judge** |
| vs. | : | |
| **STERLING JOHNSON** | : | **GOVERNMENT'S MOTION FOR DISMISSAL** |
| Defendant. | | |

Now comes the United States, by and through counsel, and respectfully requests the Court dismiss the above captioned case.

*Granted.*
*MJN*
*9/4/18*

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Elizabeth R. Rabe
ELIZABETH R. RABE (NY 4698072)
Assistant United States Attorney
Attorney for Plaintiff
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
Elizabeth.Rabe@usdoj.gov

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion was electronically filed on 31 August 2018 and Defense Counsel of Record will be notified of this Motion through CM/ECF.

s/Elizabeth R. Rabe
ELIZABETH R. RABE (NY 4698072)
Assistant United States Attorney

1